|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF INDIANA**<br>**INDIANAPOLIS DIVISION** | **Acknowledged**<br>TWP<br>June 8, 2012 |

| | |
|---|---|
| **WILLIAM NEALY,** )<br>    ) <br>        **Plaintiff,** )<br>    )<br>v.  )<br>    )<br>    )<br>**FRESENIUS MEDICAL CARE** )<br>    )<br>        **Defendants.** ) | **Case No. 1:11-cv-01146-TWP-TAB** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, William Nealy, and Defendant, Fresenius USA Manufacturing, Inc. (incorrectly sued as Fresenius Medical Care), having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by William Nealy, pursuant to Fed.R.Civ.Pro. 41(A)(1)(b), with each party to bear his/its own attorneys' fees and costs.

| WILLIAM NEALY | FRESENIUS USA MANUFACTURING, INC. |
|---|---|
| By: /s/ Michael Dalrymple<br>Michael Dalrymple<br>411 Main Street<br>1847 Broad Ripple Avenue, Suite 1A<br>Indianapolis, Indiana  46220<br>Telephone:  (317) 614-7390<br>michaeld@dalrymple-law.com | By: /s/ Melissa S. Vare<br>Melissa S. Vare<br>Jackson Lewis, LLP<br>10 West Market Street, Suite 2400<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 489-6930<br>varem@jacksonlewis.com |